# SCARINCI HOLLENBECK

Lyndhurst | Freehold | New York

THOMAS J. CAFFERTY, Partner
tcafferty@scarincihollenbeck.com
Direct Phone: 201-623-1221   Direct Fax: 201-806-3502

November 5, 2009

**VIA HAND DELIVERY**
Clerk, Chancery Division
Middlesex County Superior Court
Courthouse
56 Paterson Street
New Brunswick, NJ 08903-0964

    RE:    **Levinson Axelrod, P.A., v. Edward Harrington Heyburn, et als.**
            **Docket No.:**_____
            **Our File No.: 11368.1000**

Dear Sir/Madam:

This law firm represents Plaintiff Levinson Axelrod, P.A. in the above-captioned matter. Enclosed herewith for filing are an original and two copies of the following documents:

1. Verified Complaint;
2. Order to Show Cause with Temporary Restraints Pursuant to R. 4:52;
3. Brief in support of Order to Show Cause;
4. Certification of Ronald B. Grayzel, Esq.;
5. Certification of Facsimile Signature of Ronald B. Grayzel, Esq.;
6. Certification of Thomas J. Cafferty, Esq.;
7. Certificationof Judy Rauco;
8. Certification of Service on Defendants; and
9. Our check in the sum of $230.00 for the filing fees.

In light of Plaintiff's request for temporary restraints, we are simultaneously serving Defendants with a copy of these documents via email, per Defendant Heyburn's request, as well as federal express overnight mail.

{00523838.DOC}

Scarinci & Hollenbeck, LLC   1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, NJ 07071-0790   Phone: 201-896-4100   Fax: 201-896-8660   www.scarincihollenbeck.com

November 5, 2009
Page 2

Thank you for your assistance with this matter.

Very truly yours,

THOMAS J. CAFFERTY,
For the Firm

TJC/ss
Encls.
cc:     Edward Harrington Heyburn, Esq. (via email and federal express)

{00523838.DOC}                                                                  SCARINCI HOLLENBECK