<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEVINSON AXELROD, P.A., | |
| Plaintiff, | |
| v. | Civ. No. 09-5627 (GEB) |
| EDWARD HARRINGTON HEYBURN, ET AL., | **ORDER** |
| Defendants. | |

**<u>BROWN, Chief District Judge</u>**

Pursuant to Local Civil Rule 40.1(e);

IT IS THIS 18th day of November, 2009, hereby

ORDERED that this case is transferred from the Honorable Garrett E. Brown, Jr., U.S.D.J. to the Honorable Anne E. Thompson, U.S.D.J.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Garrett E. Brown, Jr.
　　　　　　　　　　　　　　　　　　　　　　GARRETT E. BROWN, JR., U.S.D.J.