

**Reply to:**

☑ 37 Robbinsville-Allentown Road
Suite 100
Robbinsville, NJ  08691
Tel  (609) 259-7600
Fax (609) 259-7303

Edward Harrington Heyburn*

*Certified Civil Trial Attorney

December 21, 2009

Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> *RE:   Levinson Axelrod, PA v. Edward Heyburn and The Law Offices of Edward Harrington Heyburn, a Professional Corporation*
> *<u>Case No.  3:09-cv-05627-FLW-LHG</u>*

Dear Judge Thompson:

Enclosed is my Sur Reply Certification to Mr. Cafferty's Certification filed on December 18, 2009.  Please note that my initial Certification was linked as a declaration and should have been linked as a Certification.

Respectfully submitted,

*[signature]*

EDWARD HARRINGTON HEYBURN

*Enclosure*

cc:   *Thomas J. Cafferty (via email: TCafferty@scarincihollenbeck.com)*